Michael R. Brooks
Nevada Bar No. 007287
HUTCHISON & STEFFEN, PLLC
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145
Tel: 702.385.2500 | Fax: 702.385.2086
E-mail: mbrooks@hutchlegal.com

Michael B. Bernacchi *(Pro Hac Vice in process)*
California Bar No. 163657
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, CA 90071-2953
Tel: 213.236.0600 | Fax: 213.236.2700
E-mail:  mbernacchi@bwslaw.com

Attorneys for Defendant
Hartford Life and Accident Insurance Company

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ALEXANDER PAMINTUAN,<br><br>                Plaintiff,<br><br>v.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, as Claims Administrator of the Life Care Centers of America, Inc. Welfare Benefits Plan; DOES I through V; and ROE CORPORATIONS I thru V inclusive,<br><br>                Defendants. | Case No. 2:21-cv-01365-RFB-NJK<br><br>**STIPULATION, REQUEST AND ORDER EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**[First Request]** |

The parties, Plaintiff Alexander Pamintuan ("Plaintiff"), through his counsel, Julie A. Mersch of the Law Office of Julie A. Mersch, and Defendant Hartford Life and Accident Insurance Company ("Hartford"), through its counsel, Michael R. Brooks of Hutchison & Steffen PLLC and Michael B. Bernacchi of Burke, Williams & Sorensen, LLP, hereby respectfully

1  submit this Stipulation, Request and Order to Extend Time to Answer or Otherwise Respond to
2  Plaintiff's Complaint (the "Stipulation").  This Stipulation is made in accordance with Local
3  Rules IA 6-1, IA 6-2, and II 7-1.  This is the first request for an extension of time to file an
4  answer or otherwise respond to Plaintiff's Complaint.

5      Hartford was served with Plaintiff's Complaint on August 9, 2021, making its current
6  responsive pleading due on or before August 30, 2021.  The instant extension is requested as
7  Hartford's counsel requires additional time to review their client's file in order to prepare a
8  meaningful responsive pleading to Plaintiff's Complaint and Hartford's lead counsel is also in the
9  process of petitioning the Court for permission to practice in this particular case.  He has initiated
10 his petition for permission to practice in compliance with Local Rule IA 11-2 and anticipates
11 completion within 14 days.

12     Upon agreement by and between all the parties hereto as set forth herein, the undersigned
13 respectfully requests this Court grant an extension of time, up to and including **September 29,**
14 **2021**, for Hartford to file an answer or otherwise respond to Plaintiff's Complaint.  By entering
15 into this Stipulation, none of the parties waive any rights they have under statute, law or rule with
16 respect to Plaintiff's Complaint.

17
18 DATED this 24th day of August, 2021.                DATED this 25th day of August, 2021.

19 LAW OFFICE OF JULIE A. MERSCH              HUTCHISON & STEFFEN, PLLC

20
21 By: */s/ Julie A. Mersch*                                       By: */s/ Michael R. Brooks*
     Julie A. Mersch                                                       Michael R. Brooks
     1100 East Bridger Avenue                                    10080 West Alta Drive, Suite 200
22    Las Vegas, NV 89101                                             Las Vegas, NV 89145

23    Attorney for Plaintiff                                                Michael B. Bernacchi
     Alexander Pamintuan                                            BURKE, WILLIAMS & SORENSEN, LLP
24                                                                                        444 South Flower Street, Suite 2400
   IT IS SO ORDERED.                                                 Los Angeles, CA 90071-2953
25 Dated:  August 26, 2021

26                                                             Attorneys for Defendant
                                                              Hartford Life And Accident Insurance
27 _____              Company
   Nancy J. Koppe
28 United States Magistrate Judge

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4851-3466-6231 v2                                   - 2 -                                   STIPULATION, REQUEST AND ORDER
                                                                                                      EXTENDING TIME TO ANSWER OR
                                                                                                      OTHERWISE RESPOND TO COMPLAINT