1   Michael R. Brooks
    Nevada Bar No. 007287
2   HUTCHISON & STEFFEN, PLLC
    Peccole Professional Park
3   10080 West Alta Drive, Suite 200
    Las Vegas, NV 89145
4   Tel: 702.385.2500 | Fax: 702.385.2086
    E-mail: mbrooks@hutchlegal.com

    Michael B. Bernacchi *(Admitted Pro Hac Vice)*
6   California Bar No. 163657
    BURKE, WILLIAMS & SORENSEN, LLP
7   444 South Flower Street, Suite 2400
    Los Angeles, CA 90071-2953
8   Tel: 213.236.0600 | Fax: 213.236.2700
    E-mail: mbernacchi@bwslaw.com

    Attorneys for Defendant
10  Hartford Life and Accident Insurance Company

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ALEXANDER PAMINTUAN, | Case No. 2:21-cv-01365-RFB-NJK |
| Plaintiff, | **STIPULATION, REQUEST AND ORDER EXTENDING TIME TO FILE DISCOVERY PLAN/SCHEDULING ORDER** |
| v. | |
| HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, as Claims Administrator of the Life Care Centers of America, Inc. Welfare Benefits Plan; DOES I through V; and ROE CORPORATIONS I thru V inclusive, | **[First Request]** |
| Defendants. | |

The parties, Plaintiff Alexander Pamintuan ("Plaintiff"), through his counsel, Julie A. Mersch of the Law Office of Julie A. Mersch, and Defendant Hartford Life and Accident Insurance Company ("Hartford"), through its counsel, Michael B. Bernacchi of Burke, Williams & Sorensen, LLP, hereby respectfully submit this Stipulation, Request and Order to Extend Time to file the Discovery Plan/Scheduling Order (the "Stipulation"). This Stipulation is made in

accordance with Local Rules IA 6-1, IA 6-2, and II 7-1.  This is the first request for an extension of time to file the Discovery Plan/Scheduling Order.

1. On September 29, 2021, Defendant Hartford filed its answer to Plaintiff's Complaint.  [Dkt. 11]  Upon the filing of Hartford's answer, the Court issued a deadline for the parties to file the Discovery Plan/Scheduling Order by November 13, 2021.

2. The parties conducted their Rule 26 conference on October 4, 2021.

3. The parties are actively engaged in settlement negotiations which they hope may resolve this case and wish to extend the deadline to file the Discovery Plan/Scheduling Order by 30 days.

4. This request is made in good faith and not for purposes of delay.

5. The parties hereby jointly request that this Court extend the time to file the Discovery Plan/Scheduling Order from November 13, 2021 to **December 13, 2021** while they attempt to informally resolve this case without judicial intervention.

DATED this 28th day of October, 2021.

| | |
|---|---|
| LAW OFFICE OF JULIE A. MERSCH<br>Julie A. Mersch<br>Nevada Bar No. 004695<br><br>By: */s/ Julie A. Mersch*<br>    Julie A. Mersch<br>    Law Office of Julie A. Mersch<br>    1100 East Bridger Avenue<br>    Las Vegas, NV 89101<br><br>Attorney for Plaintiff<br>Alexander Pamintuan | HUTCHISON & STEFFEN, PLLC<br>Michael R. Brooks<br>Nevada Bar No. 007287<br><br>BURKE, WILLIAMS & SORENSEN, LLP<br>Michael B. Bernacchi *(Admitted Pro Hac Vice)*<br>California Bar No. 163657<br><br>By: */s/ Michael B. Bernacchi*<br>    Michael B. Bernacchi<br>    Burke, Williams & Sorensen, LLP<br>    444 South Flower Street, Suite 2400<br>    Los Angeles, CA 90071-2953<br><br>Attorneys for Defendant<br>Hartford Life And Accident Insurance Company |

**ORDER**

**IT IS SO ORDERED.**

DATED: October 28, 2021                    BY: _____
                                                UNITED STATES MAGISTRATE JUDGE